UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MITALBEN BHAVINKUMAR PATEL | CASE NO. 6:25-CV-00837 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| PAM BONDI ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that plaintiff has failed to apprise the court of a change of the mailing address provided to the court for mailing of notices and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety.** This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE October 28, 2025.

Daniel J. McCoy
Clerk of Court